```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NO. 13-20063-CR-GRAHAM
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LAWRENCE FOSTER,

        Defendant.

_____/     **O R D E R**

    **THIS CAUSE** came before the Court upon Defendant Foster's Motion for Appointment of Defense Public and Media Relations Expert, (D.E. 102).

    **THE COURT** has reviewed the pertinent portions of the record, and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that Defendant Foster's Motion for Appointment of Defense Public and Media Relations Expert is **Denied**. The experts hourly rate for an indigent Defendant's is excessive and will not be authorized. The Defendant should consider an educator or other expert more reasonable. Moreover, the Court does not clearly understand how the experts testimony would assist the jury.

    **DONE AND ORDERED** in Chambers, at Miami, Florida this 20th day of June, 2013.

                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

Copied: Gregory A. Samms, Esq.
        H. Ron Davidson, AUSA
        Evelyn Baltodano-Sheehan, AUSA