UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 13-20063-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAWRENCE FOSTER,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** came before the Court upon Defendant's Motion for Additional Expert Fees and Costs, (D.E. 400).

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Motion for Additional Expert Fees and Costs is **DENIED** without prejudice to refile detailing expenses in the amount of $803.00.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 2nd day of December, 2014.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: David Howard, P.A.
        H. Ron Davison, AUSA