Rhonda Harper LLC
6224 Penrose Avenue
Dallas, TX 75214-3040

# Invoice

| Bill To: |
|---|
| David Howard, PA |
| 10800 Biscayne Blvd. |
| Miami, FL 33161 |

| Date | Invoice No. | Project | Terms |
|---|---|---|---|
| 10/17/14 | 10183609 | L. Foster | Due on receipt |

| Serviced | Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 10/15/14 | Legal | Travel | 4 | 175.00 | 700.00 |
| 10/15/14 | Legal | Prep | 4 | 350.00 | 1,400.00 |
| 10/16/14 | Legal | Travel | 6 | 175.00 | 1,050.00 |
| 10/16/14 | Legal | Prep | 1 | 350.00 | 350.00 |
| 10/16/14 | Legal | Testimony | 2 | 350.00 | 700.00 |
| 10/17/14 | Legal | Travel | 6 | 175.00 | 1,050.00 |
| 10/17/14 | Legal | Prep | 0.5 | 350.00 | 175.00 |
| 10/17/14 | Legal | Testimony | 2 | 350.00 | 700.00 |
| 10/17/14 | Legal Reimb Group | Less Cap Amount | | -2,625.00 | -2,625.00 |
| 10/15/14 | | lunch | | 27.51 | 27.51 |
| 10/16/14 | | lunch | | 29.36 | 29.36 |
| 10/16/14 | | court to hotel | | 31.08 | 31.08 |
| 10/16/14 | | hotel to court | | 16.00 | 16.00 |
| 10/17/14 | | Printing Research Reports | | 147.00 | 147.00 |
| 10/17/14 | | car service to/from DFW | | 215.14 | 215.14 |
| 10/17/14 | | hotel/food | | 286.21 | 286.21 |
| 10/17/14 | | hotel to court | | 17.00 | 17.00 |
| 10/17/14 | | court to hotel | | 25.80 | 25.80 |
| 10/17/14 | | lunch and coffee | | 7.93 | 7.93 |
| | | Total Reimbursable Expenses | | | 803.03 |

Total $4,303.03